# RICHARD C FOY

6015 SKYLINE DR. . CHARLOTTE, NC 28269 . (704) 351-1303

luwg1_55@outlook.com



June 16, 2023

Katherine Hord Simon,
Clerk of Court
United States Courthouse
Charles R. Jones Federal Building
401 West Trade Street RM 210
Charlotte, North Carolina 28202

Re: Complaint: Diocese of Charlotte
    Saint Mark Catholic Church

Dear Ms. Simon:

Enclosed is an Original and three copies of Plaintiff's Complaint including a Civil Cover Sheet and accompanying Certificate of Service dated, June 16, 2023. Please return in the enclosed envelop, postage prepaid.

Thank you for your assistance in this matter

Sincerely,
I remain,

Richard C. Foy, Plaitiff