Richard C Foy
6015 Skyline Dr
Charlotte, NC 28269

RECEIVED
Charlotte, NC
JUN 21 2023
Clerk, US District
Western D

 

RDC 20   28208

U.S. POSTAGE PAID
FCM LG ENV
CHARLOTTE, NC
28269
JUN 16, 23
AMOUNT
$2.22
R2305M144037-3

Katherine Hord Simon,
Clerk of Court
United States Courthouse
401 W TRADE ST   Room 210
CHARLOTTE, NC  28202

Case 3:23-cv-00365-KDB-DCK   Document 1-3   Filed 06/21/23   Page 1 of 1